# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FERNANDO TINAJERO, | § § § | |
| | § | Civil Action No. 4:14-CV-00722-ALM |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| STATE FARM LLOYDS | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 1, 2016, the report of the Magistrate Judge (Dkt. #32) was entered containing proposed findings of fact and recommendations that Defendant State Farm Lloyd's Motion for Involuntary Dismissal (Dkt. #23) be granted.

Having received the report of the Magistrate Judge, Plaintiff Fernando Tinajero having acknowledged receipt of such report (Dkt. #34), and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant State Farm Lloyd's Motion for Involuntary Dismissal (Dkt. # 23) is **GRANTED,** and Plaintiffs' claims are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**SIGNED this 16th day of March, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE